# EXHIBIT B



Joel R. Feldman
Tel. 678.553.4778
Fax 678.553.4779
Joel.Feldman@gtlaw.com

June 4, 2024

**VIA ELECTRONIC MAIL:** joshrasor05@gmail.com
**VIA ELECTRONIC MAIL:** josh@richcitycrossfit.com
**VIA UPS:**

Mr. Joshua Rasor
Owner
Rich City CrossFit
651 South Keeneland Dr.
Richmond, KY 40475

Re:   Joshua Rasor's Infringing Use of CrossFit® Mark
      (GT Reference No. 119029.011000)

Dear Mr. Rasor,

Greenberg Traurig is CrossFit, LLC's global trademark counsel. I am writing to you regarding your ongoing infringement of CrossFit, LLC's CrossFit® mark. This letter serves as a final warning for you to immediately and permanently cease your willful infringement of the CrossFit® mark. If you do not promptly comply, my law firm will file a lawsuit in federal court against you.

CrossFit, LLC's exclusive ownership of the CrossFit® mark for gyms and fitness classes is memorialized in U.S. Registration No. 3007458. Under the federal Lanham Act Sections 32 and 43(a), operation of a counterfeit CrossFit gym and/or offering of counterfeit CrossFit classes is infringing. And doing so after multiple infringement notices is unquestionably willful. The federal Lanham Act Section 35 entitles CrossFit, LLC to preliminary and permanent injunctive relief against your unauthorized usage of the CrossFit® trademark, an award of damages, an award of profits resulting from unauthorized use of the CrossFit®, and an award of enhanced damages and attorneys' fees.

On numerous occasions, CrossFit, LLC's in-house legal department contacted you regarding your unauthorized use of the CrossFit® mark for fitness services, explaining that such unauthorized use of the CrossFit® mark deceptively misleads consumers to believe that your gym is an official licensee/affiliate of CrossFit, LLC and is thus infringing. We understand that your gym is a former CrossFit® affiliate. However, as made clear by CrossFit, LLC's in-house legal department, and by the terms of your affiliate agreement (which you are now breaching), such circumstances do not entitle you to continue to use the CrossFit® mark after your affiliate agreement has been terminated. Despite multiple demands by CrossFit, LLC's in-house legal department that you cease all infringing use of the CrossFit® mark, you are continuing to use the CrossFit® mark without authorization.

Mr. Joshua Rasor
June 4, 2024
Page 2 of 2

_____

      Under the circumstances, CrossFit, LLC must conclude that your continued infringing use of the CrossFit® mark is an intentional attempt to trade on CrossFit, LLC's goodwill and reputation. CrossFit, LLC views your blatant intentional infringement of its CrossFit® mark as a serious matter and, as the steward of the famous CrossFit® mark will not allow you to continue to deceive consumers and unfairly compete with authorized CrossFit® affiliates.

      In response to your continued infringing use of the CrossFit® mark, Greenberg Traurig has been instructed to file a lawsuit against you for breach of contract and trademark infringement. You have **14 calendar days** to (i) cease all remaining use of the CrossFit® mark, and (ii) confirm, in writing, that you are no longer using the CrossFit® mark and that you will not use the CrossFit® mark in the future without authorization. If you do not comply with this deadline, you will be promptly sued in federal court and will forfeit the right to resolve this serious infringement matter without payment of costs, damages, and a judgment of infringement.

                                                            Sincerely,
                                                              **GREENBERG TRAURIG, LLP**

                                                               Joel R. Feldman

cc:     CFHQ
          Zack Kleinsasser
          Alex Holt



Joel R. Feldman
Tel. 678.553.4778
Fax 678.553.4779
Joel.Feldman@gtlaw.com

July 5, 2024

**VIA ELECTRONIC MAIL:** joshrasor05@gmail.com
**VIA ELECTRONIC MAIL:** josh@richcityfitfactory.com
**VIA UPS:**

Mr. Joshua Rasor
Owner
Rich City CrossFit
651 South Keeneland Dr.
Richmond, KY 40475

      Re:    Joshua Rasor's Infringing Use of CrossFit® Mark
                (GT Reference No. 119029.011000)

Dear Mr. Rasor,

      As you know, Greenberg Traurig represents CrossFit, LLC. I am writing to follow up on my June 4, 2024 letter to you regarding your infringing use of the CrossFit® mark.

      I appreciate the steps you have taken to comply with CrossFit, LLC's demands so far. But CrossFit, LLC has instructed me to file a lawsuit against you unless your de-identification of the CrossFit® mark is complete. And it is not. Specifically, you have not:

1. Removed the large background photograph on the Rich City Fit Factory website homepage (https://richcityfitfactory.com/) displaying the CrossFit® mark:



2. Changed the name of the "location" listed on the schedule of classes at https://richcityfitfactory.com/more-info/#schedule to remove the CrossFit® mark:

Mr. Joshua Rasor
July 5, 2024
Page 2 of 2

_____

3. Cancelled the richcitycrossfit.com domain name (rather than using it for redirection to https://richcityfitfactory.com/);

4. Deleted the Rich City CrossFit YouTube page (https://www.youtube.com/channel/UCOxSCI1nYS-EMK2lR9VnQXg); or

5. Sent us photos of the signage on the outside and inside of the building so that we can confirm that use of the CrossFit® mark has been removed.

You have **10 calendar days** to complete the above de-identification steps.  If you do not comply with this deadline, you will be promptly sued in federal court and will forfeit the right to resolve this serious infringement matter without payment of costs, damages, and a judgment of infringement.

Sincerely,
**GREENBERG TRAURIG, LLP**

Joel R. Feldman

cc: CFHQ
Zack Kleinsasser
Alex Holt